**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.                                  No. 4:11cr211-JM-11
                                     No. 4:15cv63-JM

ANGELA WALTON                                                     DEFENDANT

**ORDER**

Pending is Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255 (Docket No. 442). The Government responded to the motion by filing a Motion to Dismiss the §2255 motion as being untimely (Docket No. 446).

A one-year period of limitation applies to a motion for relief under §2255. The one-year statute of limitation may be equitably tolled "only if [the movant] shows '(1) that he has been pursuing his rights diligently, and (2) that some extraordinary circumstance stood in his way' and prevented timely filing." *Holland v. Florida,* 560 U.S. 631, 130 S.Ct. 2549, 2562, 177 L.Ed.2d 130 (2010) (quoting *Pace v. DiGuglielmo,* 544 U.S. 408, 418, 125 S.Ct. 1807, 161 L.Ed.2d 669 (2005)) (applicable to section 2254 petitions); *see also United States v. Martin,* 408 F.3d 1089, 1093 (8th Cir.2005) (applying same rule to section 2255 motions).

Angela Walton's Judgment became final when the Judgment and Commitment Order was entered on May 29, 2013. The motion to vacate was not filed until January 26, 2015. A review of the motion to vacate does not show that any basis exists to apply equitable tolling to the one-year period of limitation. Defendant stated that she asked her counsel about the appeal process but it was not explained to her; she also stated that her counsel failed to file a notice of appeal when she requested one.

For these reasons, Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255 (Docket No. 442) is DENIED, and the Government's Motion to Dismiss (Docket No. 446) is GRANTED.

IT IS SO ORDERED this 5th day of February, 2015.

_____
James M. Moody Jr.
United States District Judge